# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

==================

## NO. 03-05-00480-CV

==================

**Antique Outlet Centers, LLC and Scott Gregson
d/b/a Gregson's Antiques, Appellants**

**v.**

**Carol M. Williams, Appellee**

================================================================

### FROM THE DISTRICT COURT OF HAYS COUNTY, 274TH JUDICIAL DISTRICT
### NO. 04-1164, HONORABLE GARY L. STEEL, JUDGE PRESIDING

================================================================

## M E M O R A N D U M   O P I N I O N

Appellants Antique Outlet Centers, LLC and Scott Gregson d/b/a Gregson's Antiques and appellee Carol M. Williams filed an agreed motion to abate this appeal, asserting that the parties have scheduled mediation for November 17, 2005. We grant the motion and abate this appeal until November 30. In light of the abatement and the parties' agreement, appellants' briefs will be due in this Court on December 1, 2005.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Filed:   November 2, 2005